UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLIE JOHNSON,
    Plaintiff,

v.

LAW OFFICES OF BARBARA
NOREEN TSATUROVA PLLC,
    Defendant.

Case No. 1:16-CV-1037
Hon. Robert J. Jonker
Mag. Judge Ray Kent

_____

### ORDER OF DISMISSAL

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Defendant Law Offices of Barbara Noreen Tsaturova PLLC is hereby dismissed with prejudice and without fees or costs to either party.

Date:  December 9, 2016

/s/ Robert J. Jonker
United States District Judge